M. W. D. CHAPMAN AND REBECCA M. CHAPMAN, HIS WIFE, APPELLANTS, VS. FRANK A. TEAGUE, E. W. AGNEW AND B. A. WEATHERS, CO-PARTNERS DOING BUSINESS UNDER THE FIRM NAME AND STYLE OF E. W. AGNEW & CO., APPELLEES.

Appeal from Circuit Court Sumter county.

*Langley & Koonce*, for Appellants.

No appearance for Appellees.

The bill in this case was filed by the appellees against the appellants. There was decree for the complainants, and the defendants appeal. The decree is affirmed.

Decision Per Curiam.